```
                                          Priority  ____
                                          Send      ____
                                          Enter     ____
                                          Closed    ____
                                          JS-5/JS-6  ✓
                                          JS-2/JS-3 ____
                                          Scan Only ____
```

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California Bar No. 149883
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK LANDERSMAN, ADVANCED MACHINING AND ENGINEERING, FOURTH STREET AUTO REPAIR, AMERICAN RELIANCE, AND REDNECKAND INJUNEARIN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. EDCV 13-1549 RGK (OPx) <br><br> [PROPOSED] <br><br> **ORDER RE DISMISSAL OF MOTION FOR RETURN OF PROPERTY** |

On August 28, 2013, Plaintiffs Mark Landersman ("Landersman"), Advanced Machining & Engineering, Fourth Street Auto Repair, American Reliance and Redneck Injunearin filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). Because there was no pending criminal case arising from the underlying facts, the motion was treated as a civil complaint for equitable relief.

On September 27, 2013, Plaintiffs filed a petition pursuant to 18 U.S.C. § 983(f)(3) for the immediate release of some of the same property sought in the original motion. That petition was denied on November 4, 2013. The parties have made a stipulated request that Plaintiffs' Rule 41(g) motion for return of property be dismissed.

The Court, having considered the stipulation of the parties, and finding good cause therefor, hereby orders the Plaintiffs' Rule 41(g) motion for return of property DISMISSED.

IT IS SO ORDERED.

DATED: JAN 7 2014, 2013

_____
THE HONORABLE GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1  Presented by:
   ANDRÉ BIROTTE JR.
2  United States Attorney
   ROBERT E. DUGDALE
3  Assistant United States Attorney
   Chief, Criminal Division
4

5
    /s/ Steven R. Welk
6  STEVEN R. WELK
   Assistant United States Attorney
7  Chief, Asset Forfeiture Section

8  Attorneys for Plaintiff
   United States of America

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28